JAMES D. BEMIS *versus* HENRY CHIPMAN AND JOSEPH W. SEYMOUR, DOING BUSINESS UNDER THE FIRM OF CHIPMAN & SEYMOUR.

JOURNAL ENTRIES (1829): *Journal 4:* (1) Motion for rule to cause record to be certified *p. 322; (2) rule to cause record to be certified *p. 328; (3) diminution alleged, rule to amend transcript *p. 342; (4) motion to quash writ of error and for rule to assign errors *p. 344; (5) rule to assign errors *p. 345.

PAPERS IN FILE: (1) Petition for writ of error, allowance of writ of error and supersedeas; (2) writ of error and return; (3) motion for rule to certify record; (4) suggestion of diminution, motion for rule to amend transcript; (5) motion to quash writ of error and for rule to assign errors; (6) assignment of errors; (7) joinder in error.

*1824–36 Calendar*, MS p. 196.